USDC SCAN INDEX SHEET










HBH    4/20/06    16:25
3:06-CV-00765    MILLS V. STATE COMPENSATION
*1*
*CMP.*

(Name) Thomas K. Mills

(Address) C.R.C. P.O. Box 3535
UNIT 103-62,

(City, State, Zip) NORCO, CALIFORNIA, 92860

(CDC Inmate No.) T86993

FILED
2006 APR 20 AM 10:22
CLERK US DIST...
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

2254 ____  1983 ✓
FILING FEE PAID
Yes ✓  No ____
IF MOTION FILED
Yes ____ No ____
COPIES SENT TO
Court ✓  Pro Se ✓

United States District Court
Southern District of California

(Enter full name of plaintiff in this action.)

Thomas K. Mills            )  Plaintiff,
                           )
v.                         )
                           )
                           )
                           )
STATE COMPENSATION         )
                           )
INSURANCE FUND             )
(Enter full name of each defendant in this action.)
                           )
                Defendant(s). )
                           )

Civil Case No. 06CV765JM(POR)
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

EASTERN DISTRICT

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, **Thomas K. Mills** (print Plaintiff's name), who presently resides at **C.R.C. P.O. BOX 3535, UNIT 103-62, NORCO, CA, 92860.** (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at

**Folsom State Prison** (institution/place where violation occurred) on (dates) **1-2004** (Count 1) **2-26-2004** (Count 2) and (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

STATE COMPENSATION INSURANCE FUND.

§ 1983 SD Form
Rev. 5/98
::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant _____ resides in _____ ,
       (name)                                                          (County of residence)
and is employed as a _____ . This defendant is sued in
                                    (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant _____ resides in _____ ,
       (name)                                                          (County of residence)
and is employed as a _____ . This defendant is sued in
                                    (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant _____ resides in _____ ,
       (name)                                                          (County of residence)
and is employed as a _____ . This defendant is sued in
                                    (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant _____ resides in _____ ,
       (name)                                                          (County of residence)
and is employed as a _____ . This defendant is sued in
                                    (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: Eight Amendment, and Fourthteenth Amendment. Due Process, Freedom from Cruel and Unusual Punishment.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

From January 1st to Febuary 26th, 2004. I was assigned to work in the culinary kitchen after slipping and falling on my back in 4-9-1999. There was a lot of water on the floor. The State Compensation Insurance Fund settled the case. But they neglected to inform the California Department of Corrections of my work restrictions which were known to them. So i was deprived of protection and due process of the law. It was also cruel and unusual to be placed back in the same work area where i had the work accident at.

Count 2: The following civil right has been violated: _____
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Count 3: The following civil right has been violated: _____
(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Thomas K. Mills
Defendants: CALIFORNIA DEPARTMENT OF CORRECTIONS.
(b) Name of the court and docket number: EASTERN DISTRICT

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] The case was dismissed, I requested it dismissed.
(d) Issues raised:
The issues of why i was assigned to work in the culinary kitchen after injuring my spine the. I later realized that C.D.C. didn't know of my work restrictions.
(e) Approximate date case was filed: Unknown to me.
(f) Approximate date of disposition: Unknown to me.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☒ No. There is no administrative relief on the insurance carrier.
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

§ 1983 SD Form (Rev. 5/98)                                    6                           ::ODMA\PCDOCS\WORDPERFECT\22834\1

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): STATE COMPENSATION INSURANCE FUND FROM harrassing ME IN ANY WAY.

2. Damages in the sum of $ $20,000.00

3. Punitive damages in the sum of $ $5,000.00 .

4. Other:

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.    OR    ☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

4-16-06
Date

Thomas K. Miller
Signature of Plaintiff

This document prooves i am taking medicine for a pshchotic condition, I am mentally ill.

### Men's Medical Ducat / Med Line

Name: Mills T
Dorm/Bed: 106-04
CDC#: T86993
Date: 12-13-05

- Monday-Friday- 5 AM & 12:30 PM & 7 PM
- Weekend/Holidays- 5 AM & 12:30 PM & 7 PM
  EXP 02/21/06
- Insulin Line- 5 AM & 4 PM
  EXP
- T.B. Medication Line-
  Monday & Thursday 12:30 PM Unit 1 Clinic
  Lowers (Men's Clinic)
- Medication Pick-Up Times
- Men's Lower- 3 PM
- Men's Unit 1- 1:30 PM
- Treatment Time- Unit 1- 10:30 AM
  Lowers 10 AM-6 PM
  EXP

RN/MTA/DEN SIGNATURE: [signature] MTA

---

### Men's Medical Ducat/Med Line

Name: Mills
Dorm/Bed: 106-07
CDC#: T86993
Date: 12-1-05

- Monday-Friday 6 AM & [illegible] M & 7 PM
- Weekend/Holidays 6 AM & [illegible] M & 7 PM
  EXP 06 Sep
- Insulin Line - 5 AM & 3:30 PM
  EXP
- T.B. Medication Line-
  Monday & Thursday 12:30 PM Unit 1 Clinic
  Lowers (Men's Clinic)
- Medication Pick-Up Times
- Men's Lower 3:30 PM
- Men's Unit - 1:30 PM
- Treatment Time-Lowers 10:30 AM-6:30 PM
  EXP

RN/MTA/DEN SIGNATURE: [signature]

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS<br><br>Thomas K Mills | DEFENDANTS<br>FILED<br>2006 APR 20  AM 10: 28<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____<br>StateCompensation Insurance Fund |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED  Norco Ca<br>PLAINTIFF<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Norco Ca<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Thomas K mills T86993<br>P O BOX 3535 Unit 103-62<br>Norco Ca 92860 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 42 U.S.C. 1983pr 06cv765JM(POR)

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | |
| | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint:<br>JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

VIII. RELATED CASE(S) IF ANY (See Instructions):   JUDGE _____   Docket Number _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____